**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

ARNOLD RENE JAEN-RAMIREZ,

    Petitioner,

v.                                      Case No. 2:26-cv-02789-MSN-atc

CHRISTOPHER BULLOCK,

    Respondent.

**ORDER GRANTING MOTION TO DISMISS**

Petitioner, an alien detained at the West Tennessee Detention Facility in Mason, Tennessee, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (ECF No. 1, "Petition").  The Court issued an Order to Show Cause (ECF No. 9) on July 29, 2026, giving Respondent seven days to file a response and Petitioner seven days thereafter to file a reply.  Now that briefing is completed, Petitioner moves to dismiss pursuant to Rule 41(a)(2), on the grounds that Petitioner was recently granted a bond hearing, which was the relief initially sought.  (ECF No. 14.)

Accordingly, for good cause shown, the Petitioner's Motion to Dismiss (ECF No. 14) is **GRANTED**, and Petitioner's § 2241 Petition (ECF No. 1) is **DISMISSED**.

**IT IS SO ORDERED**, this 14th day of August, 2026.

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE